ANNA DEVLIN, PLAINTIFF-PETITIONER, v. GEORGE SURGENT, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 31 *N. J. Super.* 208.

*Mr. Milton Schamach* and *Mr. J. Mortimer Rubenstein* for the petitioner.

*Mr. Nicholas Martini* for the respondent.

October 18, 1954.   Granted.

FRANK J. BUTALA, PLAINTIFF-PETITIONER, v. CENTRAL RAILROAD COMPANY OF NEW JERSEY, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Baker, Garber & Chazen* for the petitioner.

*Mr. George P. Moser* and *Mr. William V. Roveto* for the respondents.

October 18, 1954.   Denied.